IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-405-WJM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

LESTER J. PETTY,

   Defendant.

---

## INFORMATION
Count 1:  18 U.S.C. § 1920
False Statement to Obtain Federal Employees' Compensation

---

The United States Attorney charges that:

### Count 1

On April 16, 2018, Defendant Lester J. Petty knowingly and willfully made a false, fictitious, and fraudulent statement and representation in connection with the application for and receipt of compensation and other benefit and payment under the Federal Employees' Compensation Act, to wit, he submitted a claim for workers' compensation benefits for a Mobile Whirlpool in the amount of $1916.00, claiming that he purchased this whirlpool when in fact he did not.

ROBERT C. TROYER
UNITED STATES ATTORNEY

By: *Martha Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Facsimile: 303-454-0402
E-mail: martha.paluch@usdoj.gov
Attorney for the United States