DEFENDANT: LESTER J. PETTY

YOB: 1949

ADDRESS: Aurora, CO

COMPLAINT FILED? _____ YES   X   NO

OFFENSE: Count 1: 18 U.S.C. § 1920 – False Statement to Obtain Federal Employees' Compensation

LOCATION OF OFFENSE: Denver County, Colorado

PENALTY: Count 1: NMT 5 years imprisonment; a fine of NMT the greater of $250,000 or two times the gain or loss from the offense, or both imprisonment and a fine; NMT 3 years' supervised release; and $100 Special Assessment

AGENT: Special Agent Wayne Leaders, USPS-OIG

AUTHORIZED BY: Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
__X__ five days or less
_____ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
__X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE: _____ Yes   __X__ No