IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.      18-cr-00405-WJM


 UNITED STATES OF AMERICA,

                    Plaintiff,
v.

LESTER J. PETTY,

                    Defendant.

_____

## NOTICE OF DISPOSITION

_____

    The defendant, Lester J. Petty, by and through undersigned counsel, hereby

notifies this Court that a disposition has been reached in his case with the government. The

defendant would request a change of plea hearing for the court to consider the proposed plea

agreement.


                    Respectfully submitted,

                    s/Jeffery L. Weeden
                    JEFFERY L. WEEDEN, Atty.
                    Reg. #36963
                    WEEDEN LAW
                    891 14th Street, Suite #2706
                    Denver, CO  80202
                    Telephone: (970) 819-1763
                    FAX: (888) 290-9051
                    jlweeden@weedenlaw.com
                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e- mail addresses:

Martha Paluch, AUSA
Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

(via Mail)

s/Jeffery L. Weeden
JEFFERY L. WEEDEN, Atty.
Reg. #36963
WEEDEN LAW
891 14th Street, Suite #2706
Denver, CO  80202
Telephone: (970) 819-1763
FAX: (888) 290-9051
jlweeden@weedenlaw.com
Attorney for Defendant

2