**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  __18-cr-00405-WJM__

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LESTER J. PETTY,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    __Lester J. Petty__

    DATED at Denver, Colorado this __7__ day of __September__, __2018__.

    __s/Jeffery L. Weeden__
Name of Attorney
JEFFERY L. WEEDEN, Atty.
Reg. #36963

__WEEDEN LAW__
Firm Name

__891 14th Street, Suite #2706__
Office Address

__Denver, CO 80202__
City, State, ZIP Code

__(970) 819-1763__
Telephone Number

__jlweeden@weedenlaw.com__
Primary CM/ECF E-mail Address