IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00405-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LESTER J. PETTY,

    Defendant.

_____

**GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT**
_____

The United States of America (the Government), by and through Martha A. Paluch, Assistant United States Attorney for the District of Colorado, hereby notifies the Court, defense counsel, and the Probation Office that it has no objections to the guideline calculation or other information contained in the Presentence Report, ECF 17. The Government will set forth its sentencing position after the defendant files any sentencing-related pleadings within the timeframe set forth by the Court in its Practice Standards.

DATED this 30th day of April, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 30th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov
