IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   1:18-cr-00405-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LESTER J. PETTY

      Defendant.

## DEFENDANT'S RESPONSE TO PRESENTENCE REPORT

Defendant Lester J. Petty, by and through Jeffery L. Weeden, Counsel for Mr. Petty, hereby notifies the Court, the Government, and the Probation Office that it objects to, or in the alternative requests clarification regarding seemingly contradictory information contained in the "Sentencing Recommendation" portion of the Presentence Report, ECF 17, including the information contained in the "Conditions of Supervision" subsection of the Presentence report, in Paragraph 7 of the "Special Conditions" subsection in "Conditions of Supervision", which states, in relevant part:  "You must be placed on home detention for a period of 5 months, to commence within 21 days of release." (Presentence Report, ECF 17, page R-4) and the first line of the "Voluntary Surrender" subsection, which states, in relevant part: "Accordingly, it is recommended that the defendant be permitted to surrender at the institution designated by the Bureau of Prisons before noon within 15 days of the designation." (Presentence Report, ECF 17, Page R-4).

Respectfully submitted,

                        <u>s/Jeffery L. Weeden</u>
                        JEFFERY L. WEEDEN, Atty.
                        Reg. #36963
                        WEEDEN LAW
                        891 14th Street, Suite #2706
                        Denver, CO  80202
                        Telephone: (970) 819-1763
                        FAX: (888) 290-9051
                        jlweeden@weedenlaw.com
                        Attorney for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 2, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Martha Ann Paluch AUSA
  Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   (via Mail)

         s/Jeffery L. Weeden
         JEFFERY L. WEEDEN, Atty.
         Reg. #36963
         WEEDEN LAW
         891 14th Street, Suite #2706
         Denver, CO  80202
         Telephone: (970) 819-1763
         FAX: (888) 290-9051
         jlweeden@weeden.com
         Attorney for Defendant