**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00405-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LESTER J. PETTY,

    Defendant.

_____

**GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE
TO PRESENTENCE REPORT, ECF 19**
_____

    The United States of America (the Government), by and through Martha A. Paluch, Assistant United States Attorney for the District of Colorado, hereby responds to Defendant's Response to Presentence Report, ECF 19, as follows:

    1.    The defendant objects to, or seeks clarification, regarding the reporting requirements set forth in the Presentence Report (PSI).   Specifically, in Paragraph 7, the Probation Officer stated that a period of home detention, if ordered, should "commence within 21 days of release," while in another section, the Probation Officer stated that the defendant should be permitted to surrender at the designated Bureau of Prisons institution "within 15 days of the designation."   ECF 19 at 1 (citing PSI).

    2.    Undersigned counsel has spoken with the Probation Officer who prepared the

report and with defense counsel.   The parties now are in agreement with and understand the Probation Office's position:   if a period of imprisonment is imposed, the Probation Office recommends that the defendant be allowed to self-surrender within 15 days of the designation.   If that period of imprisonment is followed by a term of home detention, that term should commence within 21 days of release from the term of imprisonment.

The parties do not object to these recommendations in the event the Court orders a period of imprisonment and/or home detention.

DATED this 7th day of May, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 7th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov