IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  1:18-cr-00405-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LESTER J. PETTY

      Defendant.

---

## DEFENDANT'S SENTENCING STATEMENT

    The defendant, Lester J. Petty, by and through undersigned counsel, hereby Requests that the Court Sentence defendant to five years' probation or to the minimum home confinement or prison sentence all with conditions he perform 200 hours of community service with a veteran's service organization and pay $105,170.60 in restitution to the Department of Labor, Office of Worker's Compensation (OWCP) (as per the filed Plea Agreement PSI, ECF 14).

    The Pre-Sentence Investigation Report (ECF No. 17) filed by Probation recommends "a custodial sentence of five months with five months of home confinement." PSI, ECF 14, p. R-4.

    Mr. Petty will be 69 years old as of sentencing, and his feet were injured in his service working for the United States Postal Service. Mr. Petty suffers from: plantar fasciitis, plantar fibromatosis, tibialis tendinitis, anomalies of foot, and major depression recurrent episodes all of which are likely permanent injuries and disabilities. Mr. Petty purchased a whirlpool to address his injuries and was reimbursed for this purchase. He then subsequently submitted

false claims for 74 whirlpools (of which he was reimbursed for 61), two pairs of shoes, and failed to timely report his divorced status to the Office of Worker's Compensation Program. From his first contact with authorities he has readily admitted guilt and taken responsibility for his actions.

Mr. Petty continues to accept full accountability and responsibility for what he has done. When interviewed by Probation he was found to have provided truthful information and admitted involvement regarding the offence. It remains a question to this Court as to whether or not the goals of sentencing require any prison as necessary for a 69 old defendant who is committed to trying to pay the significant restitution back to the Government, and decidedly cannot do so while he is in Federal prison serving a significant prison sentence. Mr. Petty has a history of significant privation and trauma outlined in the Pre-Sentence Investigation Report (including systemic poverty, emotional abuse and abandonment, and sexual abuse as a child). PSI, ECF 17, p. 7-8. PSI Importantly, Mr. Petty has no criminal history and "is not a high risk to reoffend." PSI, ECF 17, p. 14. Mr. Petty will no longer receive any benefits related to his disabilities. Mr. Petty will no longer be able to receive treatment and guidance from Colorado Rehabilitation and Occupational Medicine and Rocky Mountain Psychiatry which he received prior to the case at hand ("[t]he defendant suffers from medical and mental health difficulties and could benefit from treatment" and he can receive some of this guidance and treatment while on probation, but not in prison). PSI, ECF 17, p. 14. Mr. Petty worked hard, prior to indictment, to cooperate and work out a disposition of the case matters. It is also argued that a fine and the interest requirement of restitution is not warranted and would unnecessarily impact the prompt payment of restitution, in light of the mitigation provided.

It is argued that a long Probation and a commitment to pay restitution to the Government is all that is necessary in the case at hand to align with sentencing purposes articulated in 18 U.S.C. 3553(a)(2) (2012) and the interests of justice.

Respectfully submitted,

s/Jeffery L. Weeden
JEFFERY L. WEEDEN, Atty.
Reg. #36963
WEEDEN LAW
891 14th Street, Suite #2706
Denver, CO  80202
Telephone: (970) 819-1763
FAX: (888) 290-9051
jlweeden@weedenlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch AUSA
Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

(via Mail)

        s/Jeffery L. Weeden
        JEFFERY L. WEEDEN, Atty.
        Reg. #36963
        WEEDEN LAW
        891 14th Street, Suite #2706
        Denver, CO  80202
        Telephone: (970) 819-1763
        FAX: (888) 290-9051
        jlweeden@weeden.com
        Attorney for Defendant