# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO.  1:18-cr-00405-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LESTER J. PETTY

    Defendant.

## DEFENDANT'S MOTION FOR VARIANT SENTENCE

COMES NOW the defendant, Lester J. Petty, and hereby moves this Honorable Court to grant him a variant sentence of Five Years of Probation for the reasons articulated in defendant's Sentencing Statement (see ECF 22) pursuant to United States v. Booker, 543 U.S. 220 (2005) and 18 U.S.C. § 3553(a).

Respectfully submitted,

                                            s/Jeffery L. Weeden
                                            JEFFERY L. WEEDEN, Atty.
                                            Reg. #36963
                                            WEEDEN LAW
                                            891 14th Street, Suite #2706
                                            Denver, CO  80202
                                            Telephone: (970) 819-1763
                                            FAX: (888) 290-9051
                                            jlweeden@weedenlaw.com
                                            Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

      Martha Ann Paluch AUSA
      Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      (via Mail)

      s/Jeffery L. Weeden
      JEFFERY L. WEEDEN, Atty.
      Reg. #36963
      WEEDEN LAW
      891 14th Street, Suite #2706
      Denver, CO  80202
      Telephone: (970) 819-1763
      FAX: (888) 290-9051
      jlweeden@weeden.com
      Attorney for Defendant