IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:               May 23, 2019
Courtroom Deputy:   Anna Frank
Court Reporter:     Mary George
Probation Officer:  Trisha Skalmusky

| | |
|---|---|
| Criminal Action No. **18-cr-405-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Martha Paluch |
|     Plaintiff, | |
| v. | |
| LESTER J. PETTY, | Jeffery Weeden |
|     Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**2:03 p.m.     Court in session.**

Appearances of counsel. Defendant is present on bond.

Defendant sworn.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** The objection referenced in Defendant's Response to Presentence Report [ECF 19] is overruled as moot.

Argument given on sentencing.

**ORDERED:** The Defendant's Motion for Variant Sentence [ECF 23] is granted.

Court's findings and conclusions.

**ORDERED:**  The defendant shall be sentenced to a period of Probation of 36 months. The defendant shall serve the first 6 months of Probation in home detention as set forth in special condition number 7 of the Probation Officer's Sentencing Recommendation [ECF 27-1] and as amended on the record.

**ORDERED:**  Restitution shall be paid to the Office of Workers' Compensation Program in the amount of $105,170.60, as stated on the record. Interest on restitution is waived.

**ORDERED:**  The defendant shall be subject to the standard, mandatory, and special conditions of Probation, as stated on the record.  The court adds special condition number 8 requiring the defendant to complete 200 hours of community service during the first 24 months of Probation, as stated on the record. Defendant shall pay a special assessment of $100, due and payable immediately.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:**  Defendant's bond is exonerated.

**2:58 p.m.**    **Court in recess.**

Total time in court: 0:55

Hearing concluded.